United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, Plaintiff | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:17-CV-0078 |
| STEADFAST INSURANCE COMPANY, Defendant | § § § | |

## ORDER APPROVING STIPULATION OF DISMISSAL

On this day, the parties' Joint Stipulation of Dismissal was considered by the Court. It appearing to the Court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that

1. All claims pending in this suit are hereby **DISMISSED WITH PREJUDICE** as to the refiling of same in this or any other court.
2. Each party will bear its own costs and attorney fees.
3. The Clerk of the Court is **INSTRUCTED** to close this case.

   IT IS SO ORDERED.

   SIGNED this the __31st__ day of __October__, 2017.

   _____
   Rolando Olvera
   U.S. District Judge

**AGREED AS TO FORM:**

*/s/ David L Plaut*
David L. Plaut
Attorney-in-Charge
State Bar No. 165066030
Southern District I.D. No. 13353
Catherine L. Hanna
State Bar No. 08918280
Southern District ID: 13577
HANNA & PLAUT, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:  (512) 472-7700
Facsimile:   (512) 472-0205
dplaut@hannaplaut.com

**ATTORNEYS FOR PLAINTIFF
AMERICAN ECONOMY INSURANCE COMPANY**


*/s/ Brittan L. Buchanan*
Britt Buchanan
State Bar No. 03285680
Southern District ID: 14272
TULLY RINCKEY PLLC
3724 Executive Center Drive, Suite 205
Austin, Texas 78731
Telephone: (512) 225-2800
Facsimile:  (512) 225-2801
bbuchanan@tullylegal.com

**ATTORNEYS FOR DEFENDANT
STEADFAST INSURANCE COMPANY**